

```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

DEVAUGHN DORSEY,            )
                            )
        Plaintiff,          )    CASE NO.  C99-1239R
                            )
    v.                      )
                            )
CITY OF SEATTLE, et al.,    )    ORDER
                            )
        Defendants.         )
_____)

The Court, having reviewed Plaintiff's application to proceed in forma pauperis and the remainder of the record, does hereby find and ORDER as follows:

(1) On August 19, 1999, Plaintiff filed an application to proceed in forma pauperis ("IFP"). Along with his application to proceed in forma pauperis, Plaintiff lodged his proposed complaint and several motions. Before Plaintiff's proposed complaint can be filed and this action can be commenced, the Court must grant Plaintiff in forma pauperis status.

Plaintiff's application to proceed in forma pauperis is deficient. The Court has noted that the signatures on Plaintiff's complaint and accompanying motions differ greatly from the signatures on plaintiff's application to proceed in forma pauperis. To all appearances, the signature on the IFP application was executed by someone different than the person signing the other identified filing. Accordingly, the Court ORDERS Plaintiff to file a new Declaration and Application to Proceed In Forma Pauperis, a new Acknowledgment and Authorization for Payment of Costs Form, and a new Written Consent for Payment of Costs form within **fifteen (15) days** from

ORDER - 1
c:\data\5694cg

the date of this Order. Once Plaintiff submits such forms and the Court confirms that the signatures on Plaintiff's application to proceed in forma pauperis match the signatures on Plaintiff's proposed complaint and accompanying motions, the Court will determine whether to grant him in forma pauperis status and accept his complaint for filing.

   (2)  The Court reminds Plaintiff that under the amendments of the Prison Litigation Reform Act, a prisoner proceeding in forma pauperis **"shall be required to pay the full amount of a filing fee."**  28 U.S.C. §1915(b)(1)(emphasis added). **Currently, the filing fee for an action brought pursuant to 42 U.S.C. § 1983 is $150.00.**  Once Plaintiff is granted in forma pauperis status the Court is allowed to collect an initial filing fee of 20% of the greater of:  (a) the average monthly deposits into a prisoner's account; or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint. See id. After the initial payment as discussed above is collected, the prisoner is required to make monthly payments of 20% of his income in his prison account to the Court. See id.

   (3)  The Clerk is directed to send a copy of this Order to Plaintiff and Attorney Ted Buck who has entered an appearance in this action on behalf of several of the proposed defendants.

   DATED this 10th day of September, 1999.

                                    DAVID E. WILSON
                                    United States Magistrate Judge

ORDER - 2
c:\data\5694cg