✗ FILED        ⟋ ENTERED
✗ LODGED      ___ RECEIVED

**OCT 26 1999**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| DEVAUGHN DORSEY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **C99-1239 R** |
| CITY OF SEATTLE, et al., | ) | |
| Defendant. | ) | **ORDER** |

A Status Hearing is hereby scheduled for Thursday, 28 October 1999 at 9:30am to testify in the action now pending before the Court.  The hearing will be held in Courtroom A, 3rd Floor, U.S. Courthouse, Seattle, Washington.

The Clerk is directed to issue a Writ of Habeas Corpus Ad Testificandum forthwith for the above hearing date.

Dated this **26th** day of **October**, 1999.

David E Wilson, United States Magistrate Judge

**ORDER**